John Nelson Exec<sup>r</sup> to the last Will & Testament of S<sup>r</sup> Tho: Temple dec<sup>d</sup> plaint. ag<sup>t</sup> Cap<sup>t</sup> Tho: Lake m<sup>r</sup> John Richards & m<sup>r</sup> John Hull (as adm<sup>rs</sup> to the Estate of s<sup>d</sup> S<sup>r</sup> Tho: Temple in New-England) Defendants The persons being called, noe process appearing ag<sup>t</sup> the Defendants the Accion fell.

## [ THAYER v. PAINE ]

Richard Thayer plaint. ag<sup>t</sup> John Paine Defendant in an action of reveiw or an accion of the case for breach of Covenant for not giving a Deed of houses & Land according to Agreement which action was entred & prosecuted against the s<sup>d</sup> John Paine at a County Court held at Boston the 27. day of Aprill in the yeare. 1669. according to Attachm<sup>t</sup> Dat. 29:11:74. . . . The Jury . . . founde for the plaint. that the Defendant shall give a firme Deed according to Agreement asserting that hee was the right & true Owner of the s<sup>d</sup> bargained pu<sup>r</sup>misses at the time of Signing the s<sup>d</sup> Agreement; warranting the same to the s<sup>d</sup> plaintiffe his heires & assignes, within one month, or to pay one hundred pounds in mony & costs of Court Fourty eight Shillings 8<sup>d</sup>.

[ S. F. 1885.3

J John Pajne of Boston haue sold vnto Richard Thajer of Braintry all the right title & Jnterest of Dam & houses and orchards & other lands, on the North-west of the Riuer monottecote, which some time Did belong to the Jron workes (except only [Hunns] lott and othe<sup>r</sup> lotts sold to John Pray & Thomas Thajer, and the pasture, barne & part of the orchard which he the sajd Richard Thayer

563

Did formerly Clajme by virtue of an Execution served which is hereby prohibbited from sajd Contract) moreouer there is sold vnto the sajd Richard Thaye$^r$ all y$^e$ land adjoyning [or nigh] the sajd Dam on the southeast of the sajd Riuer now vnsold, the true value hereof, for this land last mentioned is to be at thirty shillings per acre and the rest first mentioned at the summe of forty fower pounds sterling, and twelue barrells of Good strong Cider, and for the Consideration thereof the sajd Thajer must pay safe into a boat bound for Boston fowe$^r$ barrells of good merchantable porke, eight barrells of strong Cider, and two barrells of good sound onions presently at summe of twenty one pounds tenn shillings and the rest of the pay w$^{th}$in one yeare from the date heereof, in good beife porke & strong Cidar and what is not pajd at the yeares end he is to pay Interest for, for one yeare and then to make payment as aforesajd. And he the sajd Thayer shall haue a firme Deed vnde$^r$ hand and seale to Confirme the sajd bargained premisses vpon the two & twentieth day of this p$^r$esent moneth. Wittness both ou$^r$ hands Dated as abouesayd        29 January 1668

John Pajne
Richard Thajer]